UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HERNANDEZ-HERNANDEZ,<br><br>Defendant. | No. CR 13-67 RSM-11<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being advised on the premises, NOW THEREFORE

IT IS ORDERED, ADJUDGED AND DECREED that Glenn Carpenter shall be allowed to withdraw and John Henry Browne be substituted as counsel for Hector Hernandez-Hernandez.

DATED this 3rd day of April 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

1  Presented by:

2  JOHN HENRY BROWNE, P.S.

3

4  */s John Henry Browne*
   John Henry Browne, WSBA #4677
5  Substituting Attorney for Hector Hernandez-Hernandez

6

7  Electronically approved by:

8

9  */s Glenn Carpenter*
   Glen Carpenter, WSBA #18301
10 Withdrawing Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 2